## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER L. CROW, | 3:11–cv-00259-LRH-VPC |
| Plaintiff, | **MINUTE ORDER** |
| v. | |
| HOME LOAN CENTER, INC., *et al.*, | February 16, 2012 |
| Defendants. | |

PRESENT:  THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants Mortgage Electronic Registration System, Inc. and Federal National Mortgage Association's Motion to Expunge Lis Pendens (#26[1]).  Good cause appearing,

Defendants' Motion to Expunge Lis Pendens (#26) is **GRANTED**.  Defendants Mortgage Electronic Registration System, Inc. and Federal National Mortgage Association shall have ten (10) days after issuance of this order to file an appropriate proposed order expunging the lis pendens and submit the same for signature.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  /s/
         Deputy Clerk

---

[1] Refers to court's docket number.