## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER L. CROW,<br><br>            Plaintiff,<br><br>      v.<br><br>HOME LOAN CENTER, INC. dba LENDINGTREE LOANS, a California Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. [MERS], T.D. SERVICE COMPANY; MAX DEFAULT SERVICING CORPORATION; SERVICELINK IRVINE; FEDERAL NATIONAL MORTGAGE ASSOCIATION (Fannie Mae); and DOES 1-25 CORPORATIONS, DOES and ROES 1-25, Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>            Defendants. | Case No.:    3:11-cv-00259-LRH-VPC |

## ORDER EXPUNGING NOTICE OF LIS PENDENS

Having read and considered Defendants Mortgage Electronic Registration Systems, Inc. ("MERS") and Federal National Mortgage Association's ("Fannie Mae") Motion to Expunge filed on May 31, 2011 (ECF No. 26),

IT IS HEREBY ORDERED that MERS and Fannie Mae's Motion to Expunge Lis Pendens is hereby granted in its entirety;

IT IS FURTHER ORDERED that pursuant to NRS 14.015, the Notice of Lis Pendens recorded on March 1, 2011 by or on behalf of the Plaintiff on the real property located at 6885 Pah Rah Drive, Sparks, Nevada (APN 083-472-10) with the Washoe County Recorder's Office as Instrument Number 3978509, is hereby cancelled and expunged, said cancellation has the same effect as an expungement of the original notice; and

IT IS FURTHER ORDERED that the Plaintiff shall record a copy of this Order of Cancellation with the Washoe County Recorder's Office.

SO ORDERED.

DATED:  February 29, 2012

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE