1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HEATHER L. CROW,

          Plaintiff,

      v.

HOME LOAN CENTER, INC. dba
LENDINGTREE LOANS, a California
Corporation; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. [MERS],
T.D. SERVICE COMPANY; MAX DEFAULT
SERVICING CORPORATION; SERVICELINK
IRVINE; FEDERAL NATIONAL MORTGAGE
ASSOCIATION (Fannie Mae); and DOES 1-25
CORPORATIONS, DOES and ROES 1-25,
Individuals, Partnerships, or anyone claiming any
interest to the property described in the action,

          Defendants.

Case No.:     3:11-cv-00259-LRH-VPC

## ORDER EXPUNGING NOTICE OF LIS PENDENS

     Having read and considered Defendants Mortgage Electronic Registration Systems, Inc. ("MERS") and Federal National Mortgage Association's ("Fannie Mae") Motion to Expunge filed on May 31, 2011 (ECF No. 26),

Page 1 of 2

1

2          IT IS HEREBY ORDERED that MERS and Fannie Mae's Motion to Expunge Lis
Pendens is hereby granted in its entirety;

3          IT IS FURTHER ORDERED that pursuant to NRS 14.015, the Notice of Lis Pendens
4
recorded on March 1, 2011 by or on behalf of the Plaintiff on the real property located at 6885 Pah
5
Rah Drive, Sparks, Nevada (APN 083-472-10) with the Washoe County Recorder's Office as
6
Instrument Number 3978509, is hereby cancelled and expunged, said cancellation has the same effect
7
as an expungement of the original notice; and
8
           IT IS FURTHER ORDERED that the Plaintiff shall record a copy of this Order of
9
Cancellation with the Washoe County Recorder's Office.
10
           SO ORDERED.
11

12  DATED:  February 29, 2012            _____
13                                    HONORABLE LARRY R. HICKS
                                      UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28